IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GREGG J. PACCHIANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-CV-859 |
| | ) | |
| GLENN PACCHIANA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation in full.

It is **ORDERED** that the defendant's motion to dismiss, or in the alternative to change venue, Doc. 10, is **DENIED**.

This the 28th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE